In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 21-13489

_____

DREAM DEFENDERS,
BLACK COLLECTIVE INC.,
CHAINLESS CHANGE INC.,
BLACK LIVES MATTER ALLIANCE BROWARD,
FLORIDA STATE CONFERENCE OF THE NAACP, et al.,

                                                Plaintiffs-Appellees,

*versus*

GOVERNOR OF THE STATE OF FLORIDA,
SHERIFF OF JACKSONVILLE/DUVAL COUNTY FLORIDA,

                                                Defendants-Appellants,

ATTORNEY GENERAL, STATE OF FLORIDA, et al.,

                                                Defendants.

2                  Order of the Court                  21-13489

_____

Appeal from the United States District Court
for the Northern District of Florida
D.C. Docket No. 4:21-cv-00191-MW-MAF

_____

ORDER:

Erwin Rosenberg's motion to intervene is DENIED.


/s/ Jill Pryor
UNITED STATES CIRCUIT JUDGE