**No. 21-13489**

UNITED STATES COURT OF APPEALS FOR THE
ELEVENTH CIRCUIT

DREAM DEFENDERS, ET AL.,

*Plaintiffs-Appellees,*

–*v*–

GOVERNOR OF THE STATE OF FLORIDA, ET AL.,

*Defendants-Appellants.*

On Appeal from the Northern District of Florida, Tallahassee Division
Case No. 4:21-cv-00191-MW-MAF

**MOTION TO WITHDRAW APPEARANCE OF JASON BAILEY ON
BEHALF OF PLAINTIFFS-APPELLEES**

Jason Bailey
NAACP LEGAL DEFENSE & EDUCATIONAL FUND, INC.
700 14th Street NW, Suite 600
Washington, DC 20005
(202) 682-1300
jbailey@naacpldf.org

## CERTIFICATE OF INTERESTED PERSONS

Pursuant to Fed. R. App. P. 26.1 and 11th Cir. R. 26.1-1, I certify that the following persons have or may have an interest in the outcome of this appeal, in addition to the individuals and entities named in the Certificate of Interested Persons contained in the previous briefs filed by Plaintiffs-Appellees, Defendants-Appellants, and Amici Curiae:

1. Nelson, Janai

2. Skocpol, Michael

I further certify that Dream Defenders; The Black Collective, Inc.; Chainless Change, Inc.; Black Lives Matter Alliance Broward; Florida State Conference of the NAACP Branches and Youth Units ("Florida NAACP"); and Northside Coalition of Jacksonville, Inc. have no parent corporations or any other publicly held corporations that own 10% or more of their stock. Florida NAACP is a state conference of branches of the national NAACP.

*s/ Jason Bailey*
Jason Bailey
NAACP LEGAL DEFENSE &
    EDUCATIONAL FUND, INC.
700 14th Street NW, Suite 600
Washington, DC 20005
(202) 682-1300
jbailey@naacpldf.org

Counsel for Plaintiffs-Appellees Dream Defenders; The Black Collective, Inc.; Chainless Change, Inc.; Black Lives Matter Alliance Broward; Florida State Conference of the NAACP Branches and Youth Units ("Florida NAACP"); and Northside Coalition of Jacksonville, Inc. submit this motion to withdraw Jason Bailey as counsel.

Mr. Bailey will no longer be employed at the NAACP Legal Defense and Educational Fund, Inc. (LDF) starting on June 1, 2024. Plaintiffs-Appellees will continue to be represented by counsel at LDF; the Community Justice Project, Inc; the American Civil Liberties Union Foundation of Florida, Inc.; and Akin Gump Strauss Hauer & Feld LLP.

Date: May 30, 2024                    Respectfully submitted,

*s/ Jason Bailey*
Jason Bailey
NAACP LEGAL DEFENSE &
    EDUCATIONAL FUND, INC.
700 14th Street NW, Suite 600
Washington, DC 20005
(202) 682-1300
jbailey@naacpldf.org

## CERTIFICATE OF COMPLIANCE

Pursuant to Fed. R. App. P. 32(g), I hereby certify that the foregoing motion contains 98 words, consistent with the length limitation in Fed. R. App. P. 27(d)(2). This motion has been prepared using a proportionally spaced typeface using Microsoft Word in 14-point Times New Roman, consistent with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type styles requirements of Fed. R. App. P. 32(a)(6).

*s/ Jason Bailey*
Jason Bailey

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed electronically with the Court's CM/ECF system on May 30, 2024, which will send notification of filing to all parties of record.

*s/ Jason Bailey*
Jason Bailey