# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 21-13489

_____

DREAM DEFENDERS,
BLACK COLLECTIVE INC.,
CHAINLESS CHANGE INC.,
BLACK LIVES MATTER ALLIANCE BROWARD,
FLORIDA STATE CONFERENCE OF THE NAACP, et al.,

                                                 Plaintiffs-Appellees,

*versus*

GOVERNOR OF THE STATE OF FLORIDA,
SHERIFF OF JACKSONVILLE/DUVAL COUNTY FLORIDA,

                                                 Defendants-Appellants,

ATTORNEY GENERAL, STATE OF FLORIDA, et al.,

                                                 Defendants.

2             Order of the Court             21-13489

_____

Appeal from the United States District Court
for the Northern District of Florida
D.C. Docket No. 4:21-cv-00191-MW-MAF

_____

ORDER:

The motion to withdraw as counsel for Appellees filed by Attorney Jason Bailey is GRANTED.

DAVID J. SMITH
Clerk of the United States Court of
Appeals for the Eleventh Circuit

ENTERED FOR THE COURT - BY DIRECTION